SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:10-cv-02680-MCE-DAD** |
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 11, 2011 FOR XAVIER LIMITED PARTNERSHIP TO RESPOND TO COMPLAINT |
| vs. | |
| Smokey's Ventures, LLC, | |
| Defendants | |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Xavier Limited Partnership, by and through their respective attorneys of record, Scott N. Johnson; Robert E. Sheldon, stipulate as follows:

1. No extension of time has been previously obtained.

2. Defendant Xavier Limited Partnership is granted an extension until February 11, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Xavier Limited Partnership response will be due no later than February 11, 2011.

IT IS SO STIPULATED effective as of December 09, 2010

Dated:   December 9, 2010             /s/Robert E. Sheldon____

                                      Robert E. Sheldon,

                                      Attorney for Defendant

                                      Xavier Limited

                                      Partnership


Dated:   December 9, 2010             /s/Scott N. Johnson ____

                                      Scott N. Johnson,

                                      Attorney for Plaintiff

     Defendant Xavier Limited Partnership shall have until February 11, 2011 to respond to complaint.

IT IS SO ORDERED.

DATED: December 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE