Craig B. Close, CA SB#74264
**CLOSE ASSOCIATES LAW OFFICES**
P.O. Box 2522
Truckee, CA  96160
(530) 587-7666

Attorney for Defendant,
Smokey's Ventures, LLC,
dba Smokey's Kitchen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>    vs.<br><br>SMOKEY'S VENTURES, LLC, INDIVIDUALLY AND d/b/a SMOKEY'S KITCHEN; XAVIER LIMITED PARTNERSHIP,<br><br>    Defendants, | Case No.2:10-CV-02680-KJM-DAD<br><br>**ORDER PURSUANT TO STIPULATION AGREEMENT TO SET ASIDE REQUEST FOR DEFAULT, ENTRY OF DEFAULT, DEFAULT HEARING and DEFAULT JUDGMENT** |

**GOOD CAUSE HAVING BEEN SHOWN TO THIS COURT BY THE STIPULATION AGREEMENT** to Set Aside Request for Default, Entry of Default, Default Hearing, and Default Judgment, executed and filed herein by Plaintiff and Defendant Smokey's Ventures, LLC,

**IT IS HEREBY ORDERED THAT** the any and all defaults and default judgments of defendant Smokey's Ventures, LLC are set aside; and that all terms of the aforesaid Stipulation Agreement are incorporated herein by this reference as if set forth here in full and shall become the Orders of this court.

**IT IS SO ORDERED.**

DATED:  March 21, 2011.

_____
UNITED STATES DISTRICT JUDGE