SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Smokey's Ventures, LLC, et al,<br><br>        Defendants | Case No. **2:10-cv-02680-KJM-DAD**<br><br>**ORDER RE: STIPULATION FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS** |

**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than September 7, 2011.

Date:  August 8, 2011.

_____
UNITED STATES DISTRICT JUDGE